FILED

02/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0009



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0009

IN RE THE MARRIAGE OF:

BENJAMIN MARTIN,

      Co-Petitioner and Appellant,

and

BRANDI WILLIAMS (f/K/a MARTIN),

      Co-Petitioner and Appellee.

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until April 3, 2023, to prepare, file, and serve the Appellant's brief.

DATED this February 27, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:     Benjamin D. Martin, Eric Kemper Goldwarg